**Order entered April 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00469-CV

### IN THE INTEREST OF D.T.S., A CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-03-1889-R

## ORDER

We **GRANT** appellant's April 17, 2014 motion for extension of time to file notice of appeal. Appellant's April 14, 2014 notice of appeal is considered timely for jurisdictional purposes.

/s/  ELIZABETH LANG-MIERS
    JUSTICE